# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

154356

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PATRICIA SOLIS and BENJAMIN SOLIS,
      Plaintiffs,

v

THE KROGER COMPANY OF MICHIGAN,
      Defendant/
      Third-Party Plaintiff-Appellee,
and

THE GREENER SIDE, INC.,
      Third-Party Defendant-Appellant.

_____/

SC: 154356
COA: 326259
Wayne CC: 12-004379-NO

     By order of March 7, 2017, this Court requested the third-party defendant-appellant to file a brief responding to the third-party plaintiff-appellee's argument that a settlement agreement between these two parties has rendered this application moot. On order of the Court, the response having been received, the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals is again considered, and it is DENIED, because the matter raised was rendered moot by the settlement of the two parties.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



t0424

Clerk